STATE OF NEW JERSEY v. LUTHER TOWNES, *ET AL.*

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. OTTO S. GULLO.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM LEE HENDRIKSEN
& BRUCE HENDRIKSEN.

May 4, 1971 Petitions for certification denied.

STATE OF NEW JERSEY v. JOHN SCHELLER.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN BALOGH.

May 4, 1971. Petition for certification denied.

PRESS PUBLISHING COMPANY, *ETC.* v. ATLANTIC COUNTY
ADVERTISER, INC, *ET AL.*

May 4, 1971. Petition for certification granted. (See 113
*N. J. Super.* 228).